IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BUSINESS LOAN CENTER, L.L.C.,** | § | |
| Plaintiff, | § | |
| | § | **CIVIL ACTION NO.** |
| vs. | § | **07-0048-CG-M** |
| | § | |
| **F/V OCEAN PROWLER, <u>in</u> <u>rem</u>,** | § | |
| | § | **<u>IN</u> <u>REM</u>** |
| Defendant. | § | |

**DECREE CONFIRMING SALE**

Pursuant to the Order of this court dated June 6, 2007 (Doc. 13), the United States Marshal sold the F/V OCEAN PROWLER at judicial sale on July 11, 2007, to Business Loan Center, L.L.C., for the sum of SEVEN THOUSAND AND NO/100THS DOLLARS ($7,000.00), which was the highest bid offered at said sale.  There have been no written objections filed within five (5) business days of the date of the sale, and Business Loan Center, L.L.C. has performed the terms of its purchase.

Therefore, it is **ORDERED, ADJUDGED** and **DECREED** that the sale of the F/V OCEAN PROWLER to Business Loan Center, L.L.C. is **CONFIRMED**.

The United States Marshal is **ORDERED** to issue a Bill of Sale free and clear from all encumbrances, along with all other appropriate documentation to effect a proper legal conveyance to Business Loan Center, L.L.C., or to its nominee if requested in writing by counsel for plaintiff, the F/V OCEAN PROWLER, her engines, machines, fittings, tackle and all other appurtenances thereto belonging;

**IT IS FUTHER ORDERED** that the F/V OCEAN PROWLER, Official Number 1120035, be and the same is hereby released from seizure, and that the court appointed, substitute custodian, Gazzier Shipyard, Inc., deliver possession of the F/V OCEAN PROWLER to Business Loan Center, L.L.C., or its successor in title, as may be appropriate.

**DONE and ORDERED** this 19th day of July, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE